UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN SUN,<br><br>                            Petitioner,<br><br>v.<br><br>JESUS ROCHA, et al.,<br><br>                        Respondents. | Case No.:  3:25-cv-3127-CAB-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. No. 1]** |

Petitioner Yan Sun filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and a motion for temporary restraining order.  [Doc. Nos. 1, 2.]  After the petition was fully briefed, the Court held a hearing.  For the reasons expressed at the hearing, the Court **GRANTS** the petition.  The Court **ORDERS** Respondents to immediately release Petitioner from custody under the same conditions of her order of supervision before she was re-detained.  Respondents are **ENJOINED** from re-detaining Petitioner for any purpose without notice and a pre-detention hearing before a neutral decisionmaker. Petitioner's motion for temporary restraining order is **DENIED as moot**.  [Doc. No. 2.]

It is **SO ORDERED**.

Dated: December 2, 2025

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1